# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **SAN FRANCISCO**



**VRW**

UNITED STATES OF AMERICA,

V.



BERNARD V. WARD

DEFENDANT.

---

## INDICTMENT

Title 18 U.S.C. § 2252A(a)(2)(A) - Distribution of Child Pornography (2 counts);

Title 18 U.S.C. § 2252A(a) (2)(A) - Receipt of Child Pornography

---

A true bill.

_____
Foreman

Filed in open court this ____ day of
_____

_____
Clerk

Bail, $ no bail arrest warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 2252A (a) (2)(A) -
Distribution of Child Pornography
(2 Counts);

18 U.S.C. § 2252A (a) (2)(A) -
Receipt of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
5 year mandatory minimum sentence up to 20 years maximum imprisonment for each count; $250,000 fine; $100 special assessment; and up to lifetime supervised release

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 SEP 20 PM 1:39

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S. ----

▶ BERNARD V. WARD

DISTRICT COURT NUMBER

0602

VRW

---- PROCEEDING ----
Name of Complainant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense
  
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   ANDREW G. OOSTERBAAN
☐ U.S. Att'y ☑ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   STEVE J. GROCKI, DOJ TRIAL ATTORNEY

---- DEFENDANT ----

IS **NOT** IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes ☑ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  Andrew G. Oosterbaan
   Chief, Child Exploitation and Obscenity Section
2  Criminal Division - Department of Justice

ORIGINAL
07 SEP 20 PM 1:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,                )   No. 07- CR 07 0602 VRW
                                          )
     Plaintiff,                           )   VIOLATIONS:
                                          )
     v.                                   )   18 U.S.C. § 2252A(a)(2)(A) –
                                          )   Distribution of Child Pornography (2
BERNARD V. WARD,                          )   Counts);
                                          )   18 U.S.C. § 2252A(a)(2)(A) – Receipt
     Defendant.                           )   Of Child Pornography;
                                          )
                                          )   San Francisco Venue
                                          )

INDICTMENT



INDICTMENT
CR 07 -

The Grand Jury charges that:

COUNT ONE:    (18 U.S.C. § 2252A(a)(2)(A) – Distribution of Child Pornography)

    1. On or about December 23, 2004, in the Northern District of California, the defendant

BERNARD V. WARD

did knowingly distribute child pornography, as defined in Title 18, United States Code Section 2256(8)(A), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

    All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

COUNT TWO:    (18 U.S.C. § 2252A(a)(2)(A) – Distribution of Child Pornography)

    2. Between on or about January 1, 2005, and on or about January 13, 2005, in the Northern District of California, the defendant

BERNARD V. WARD

did knowingly attempt to distribute child pornography, as defined in Title 18, United States Code Section 2256(8)(A), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

    All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

COUNT THREE:    (18 U.S.C. § 2252A(a)(2)(A) – Receipt of Child Pornography)

    3. Between on or about January 1, 2005, and on or about January 13, 2005, in the Northern District of California, the defendant

BERNARD V. WARD

did knowingly receive child pornography, as defined in Title 18, United States Code

INDICTMENT
CR 07 -                                                     2

1  Section 2256(8)(A), that had been mailed, shipped and transported in interstate and
2  foreign commerce by any means, including by computer.
3      All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and
4  (b)(1).
5  FORFEITURE ALLEGATION:   (18 U.S.C. § 2253 - Criminal Forfeiture)
6      11. The allegations of Counts One through Three of this Indictment are realleged
7  and incorporated herein.
8      12. As a result of a conviction of the offenses alleged in Counts One through
9  Three above, the defendant
10                      BERNARD V. WARD
11 shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253,
12 all visual depictions which were produced, transported, mailed, shipped and received in
13 violation of the law; all property, real and personal, constituting and traceable to gross
14 profits and other proceeds obtained from the offense, and all property, real and personal,
15 used and intended to be used to commit and to promote the commission of the offense.
16
17 DATED:                    A TRUE BILL.
18
19                            _____
20                            FOREPERSON
21
22
23 Andrew G. Oosterbaan
   Section Chief, Child Exploitation and Obscenity Section
24 Criminal Division - Department of Justice
25 _____
26 Steven J. Grocki
   Trial Attorney
27 Child Exploitation and Obscenity Section
28

INDICTMENT
CR 07 -                          3