1  ANDREW G. OOSTERBAAN
   Chief, Child Exploitation and Obscenity Section
2  Criminal Division - Department of Justice

3

   STEVE GROCKI (VABN 41502)
4  Trial Attorney
   Child Exploitation and Obscenity Section
5  Criminal Division - Department of Justice

6     1400 New York Ave. NW
      Ste. 600
7     Washington, DC 20005
      p (202) 616-8900
8     f (202) 514-1793

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,           )   No.
                                        )
15          Plaintiff,                  )   UNITED STATES' MOTION TO SEAL
                                        )   INDICTMENT AND ARREST
16      v.                              )   WARRANT AND [PROPOSED]
                                        )   ORDER
17  BERNARD V. WARD,                    )
                                        )
18          Defendant.                  )   (UNDER SEAL)
                                        )
19  ─────────────────────────────────

20      The United States hereby moves the Court for an order sealing this Motion, the

21  Indictment, and Arrest Warrant, and this Sealing Order until further order of the Court.

22  The United States believes that disclosure of this Motion, the Indictment, Arrest Warrant,

23  and this sealing order may cause the subject of the indictment to flee, destroy evidence

24  and/or make efforts to conceal on-going criminal activity, jeopardizing the progress of its

25  ongoing investigation and the arrest of the defendant. The United States further requests

26  //

27  //

28  //



FILED
SEP 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  //
2  that a copy of the Indictment and Arrest Warrant be provided to agents of the Federal
3  Bureau of Investigations so that the warrant may be served at the appropriate time in the
4  investigation.

6  DATED: September 20, 2007          Respectfully submitted,

7                                     ANDREW G. OOSTERBAAN
                                      Chief, Child Exploitation and Obscenity Section
8                                     Criminal Division - Department of Justice

10                                    STEVEN J. GROCKI
                                      Trial Attorney
11                                    Child Exploitation and Obscenity Section
                                      Criminal Division - Department of Justice

### ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's motion, the Indictment, Arrest Warrant, and this Sealing Order shall be sealed until further order of the Court, except that a copy of the Indictment and Arrest Warrant shall be provided to agents of the Federal Bureau of Investigations for use in their investigation.

DATED: 9/19/07

ELIZABETH D. LAPORTE
United States Magistrate Judge