UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

UNDER SEAL
Date:   December 6,  2007

Case No.  CR 07-0602   VRW

Case Title:   USA v.  BERNARD V. WARD (PRESENT)

Attorneys:
    For the Government:   Jennifer Toritto Leonardo

    For the Defendant(s):    Doron Weinberg

Deputy Clerk:   Cora Klein          Reporter:  Belle Ball
                                                          Interpreter:

**PROCEEDINGS**

1)   Initial appearance/Status held

2)   Defendant agree to exclude time for effective preparation of counsel under the speedy trial act

3)   The government move to unseal the indictment, govt' will prepare the order to unseal

Case Continued to:    1/24/2008  at 1:30 PM     For Status/Trial Setting

**ORDERED AT THE HEARING**

time:

EXCLUDABLE DELAY :   Effective preparation of counsel;continuity of counsel
Begin:12/6/07       End:1/24/08