1  ANDREW G. OOSTERBAAN
   Chief, Child Exploitation and Obscenity Section
2  Criminal Division - Department of Justice

3  STEVE GROCKI (VABN 41502)
   Trial Attorney
4  Child Exploitation and Obscenity Section
   Criminal Division - Department of Justice

5

   JENNIFER TORITTO LEONARDO
6  Trial Attorney
   Child Exploitation and Obscenity Section
7  Criminal Division - Department of Justice

8     1400 New York Ave. NW
      Ste. 600
9     Washington, DC 2005
      p (202) 616-8900
10    f (202) 514-1793

11 Attorneys for Plaintiff

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,       )   NO.: CR 07-0602 VRW
                                   )
17     Plaintiff,                  )   ORDER UNSEALING ENTIRE CASE
                                   )
18     v.                          )
                                   )
19 BERNARD V. WARD,                )
                                   )
20     Defendant.                  )
                                   )
21 _____ )

22

23    At the parties' request, and for good cause appearing, THE COURT HEREBY ORDERS

24 that the entire above-described matter is forthwith unsealed.

25    SO ORDERED.

26

27 DATED:  7 DEC 2007    _____
                         HON. VAUGHN R. WALKER
28                       Chief United States District Judge


ORDER
CR 07-0602 VRW

FILED
2007 DEC -7 AM 11: 18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA