| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Brenda Tolbert | | REPORTER/FTR<br>11:20 - 11:29 | |
| MAGISTRATE JUDGE<br>HON. MARIA-ELENA JAMES | | DATE<br>December 6, 2007 | | NEW CASE<br>☐ | CASE NUMBER<br>CR-07-0602 VRW |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT<br>BERNARD V. WARD | AGE<br>56 | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Doron Weinberg | PD. ☐  RET. ☒<br>APPT. ☐ |
| U.S. ATTORNEY<br>Jennifer Leonardo | | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Ameilia Berthelsen | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR<br>3 min | ☐ PRELIM HRG | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ STATUS |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>6 min | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

FILED DEC 07 2007 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | |
|---|---|---|---|
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND<br>$ 250,000 | AMT OF SECURITY<br>SPECIAL NOTES | ☒ PASSPORT SURRENDERED DATE:12-7-07-5:00p |
| PROPERTY TO BE POSTED<br>☐ CASH  $ | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☒<br>$125,00 |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED  ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>12-6-07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
| AT:<br>1:30 P.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>VRW | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

ADDITIONAL PROCEEDINGS

Defendant ORDERED to Marshals for Processing. Bond in the amount of $250,00 with $125,000 to be Secured by Property - to be Posted By 12-14-07. AUSA Requested that Entire Case be UNSEALED-GRANTED.

BT, PTS, CORA-emailed, MARSHALS