```
1  DORON WEINBERG
   (SBN 46131)
2  WEINBERG & WILDER
   523 Octavia Street
3  San Francisco, CA 94102
   Telephone:  (415) 431-3472
4  Facsimile:   (415) 552-2703
   doronweinberg@aol.com
5
   Attorneys for Defendant
6  BERNARD V. WARD
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-07-0602 (MEJ) VRW |
| Plaintiff, ) | **STIPULATION MODIFYING CONDITIONS OF RELEASE; (PROPOSED) ORDER** |
| vs. ) | |
| BERNARD V. WARD, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between the parties, Doron Weinberg for defendant Bernard V. Ward, and Jennifer Leonardo, on behalf of plaintiff, United States of America, that defendant Ward be permitted to leave his residence to attend a family gathering and a church service on Christmas eve, December 24, 2007, between the hours of 4:00 p.m. and 11:00 p.m.

///

///

///

Stipulation Modifying Conditions of
Release (Proposed) Order (No. CR-07-0602)          1

1   Additionally, counsel for defendant Ward has contacted Anthony Granados from Pretrial
2   Services, and he has indicated that he has no objection to this request.

3   DEPARTMENT OF JUSTICE
    CRIMINAL DIVISION
4   CHILD EXPLOITATION AND OBSCENITY
    SECTION

6   Dated: December 19, 2007         By: _____
7                                    JENNIFER TORITTO LEONARDO
                                     Trial Attorney

9                                    WEINBERG & WILDER

11                                   /s/ Doron Weinberg
12  Dated: December 19, 2007         By: _____
                                     DORON WEINBERG
13
                                     Attorney for Defendant
14                                   BERNARD V. WARD

15  **IT IS SO ORDERED:**

18  Dated: _____, 2007
19                                   _____
                                     HONORABLE MARIA ELENA JAMES
                                     United States Magistrate Judge

26  Stipulation Modifying Conditions of
    Release (Proposed) Order (No. CR-07-0602)           2