1  ANDREW G. OOSTERBAAN
   Chief, Child Exploitation and Obscenity Section
2  Criminal Division - Department of Justice

3

   STEVE GROCKI (VABN 41502)
4  Trial Attorney
   Child Exploitation and Obscenity Section
5  Criminal Division - Department of Justice

6  JENNIFER TORITTO LEONARDO
   Trial Attorney
7  Child Exploitation and Obscenity Section
   Criminal Division - Department of Justice
8
       1400 New York Ave. NW
9      Ste. 600
       Washington, DC 20005
10     p (202) 514-5780
       f (202) 514-1793
11
   Attorneys for Plaintiff
12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

17 UNITED STATES OF AMERICA,        )   No. CR 07-0602 VRW
                                    )
18         Plaintiff,                )   UNITED STATES' NOTICE OF
                                    )   ADDITION OF COUNSEL
19    v.                             )
                                    )
20 BERNARD V. WARD,                  )
                                    )
21         Defendant.                )
                                    )
22

23     The United States, by Andrew G. Oosterbaan, Chief, Child Exploitation and

24 Obscenity Section, United States Department of Justice, Criminal Division, files this

25 Notice of Addition of the undersigned as counsel for the United States in the above-

26 captioned case.

27
   DATED: December 19, 2007
28

Respectfully submitted,

ANDREW G. OOSTERBAAN
Chief, Child Exploitation and Obscenity Section
Criminal Division - Department of Justice

   */s*_____
JENNIFER TORITTO LEONARDO
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division - Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20630
Telephone: 202-307-2004
Fax: 202-514-1793
E-Mail: Jennifer.Leonardo@usdoj.gov


   */s*_____
Steve Grocki
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division - Department of Justice
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division - Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20630
Telephone: 202-514-5780
Fax: 202-514-1793
E-Mail: Steve.Grocki@usdoj.gov