ANDREW G. OOSTERBAAN
Chief, Child Exploitation and Obscenity Section
Criminal Division - Department of Justice

STEVE GROCKI (VABN 41502)
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division - Department of Justice

JENNIFER TORITTO LEONARDO (LICENSED IN NEW YORK)
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division - Department of Justice

   1400 New York Ave. NW
   Ste. 600
   Washington, DC 20005
   p (202) 616-8900
   f (202) 514-1793

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BERNARD V. WARD, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 07-0602 VRW <br><br> STIPULATION AND [PROPOSED] ORDER SETTING STATUS CONFERENCE ON JANUARY 24, 2008 AND EXCLUDING TIME FROM DECEMBER 6, 2007 THROUGH JANUARY 24, 2008 UNDER THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) and (B)(iv)) |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status conference on January 24, 2008 and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), from December 6, 2007 through January 24, 2008. The parties agree, and the Court finds and holds, as follows:

    1. The parties appeared before the Court on December 6, 2007 for the defendant's

1  arraignment.  The parties indicated that the government has provided most, if not all, of the
2  discovery to the prior counsel assigned to this case.  The government indicated its willingness, in
3  the interests of continuity, to resubmit all of its discovery to counsel presently assigned the case.
4  Defense counsel, Doron Weinberg, indicated that he will need to review this discovery.
5  Additionally, defense counsel indicated that he anticipated conducting an extensive forensic
6  examination of all forensic evidence seized from defendant.  Mr. Weinberg further indicated that
7  he anticipated that this would take several weeks since pursuant to Section 504 of the Adam
8  Walsh Act, codified at 18 U.S.C. § 3509(m), this evidence would have to be reviewed at a
9  location under the government's control.
10         2.  Accordingly, the parties requested that the matter be set for status on January 24, 2008
11  and requested the exclusion of time under the Speedy Trial Act.
12         3.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
13  3161(h)(8)(B)(iv), to provide for continuity of counsel and reasonable time necessary for
14  effective preparation of counsel, taking into account the exercise of due diligence.
15         4.  The Court finds that, taking into account the public interest in the prompt disposition
16  of criminal cases, the ends of justice served by excluding the period from December 6, 2007
17  through January 24, 2008, outweigh the best interest of the public and the defendant in a speedy
18  trial.  18 U.S.C. § 3161(h)(8)(A).
19         5.  Accordingly, and with the consent of the defendant, the Court: (1) sets this case for a
20  status conference on January 24, 2008 at 1:30 PM and (2) orders that the period from December
21  6, 2007  through January 24, 2008 be excluded from Speedy Trial Act calculations under 18
22  U.S.C. § 3161(h)(8)(A) and (B)(iv).
23
24  IT IS SO STIPULATED:
25  DATED: December 19, 2007                    /s/_____
                                                DORON WEINBERGER
26                                              COUNSEL FOR DEFENDANT
27
28

1  DATED: December 19, 2007                     /s/
2                                      JENNIFER TORITTO LEONARDO
                                       TRIAL ATTORNEY
3  IT IS SO ORDERED.

4  DATED: December 20, 2007
5                                      THE HONORABLE VAUGHN R WALKER
                                       United States District Judge

