**FILED**

DEC 20 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

1  DORON WEINBERG
   (SBN 46131)
2  WEINBERG & WILDER
   523 Octavia Street
3  San Francisco, CA 94102
   Telephone:  (415) 431-3472
4  Facsimile:   (415) 552-2703
   doronweinberg@aol.com
5
   Attorneys for Defendant
6  BERNARD V. WARD

7

8                  UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO

11
   UNITED STATES OF AMERICA,    )   Case No. CR-07-0602 (MEJ) VRW
12                              )
              Plaintiff,        )   STIPULATION MODIFYING CONDITIONS
13                              )   OF RELEASE; (PROPOSED) ORDER
         vs.                    )
14                              )
   BERNARD V. WARD,             )
15                              )
              Defendant.        )
16 _____)

17

18        IT IS HEREBY STIPULATED between the parties, Doron Weinberg for defendant

19 Bernard V. Ward, and Jennifer Leonardo, on behalf of plaintiff, United States of America, that

20 defendant Ward be permitted to leave his residence to attend a family gathering and a church

21 service on Christmas eve, December 24, 2007, between the hours of 4:00 p.m. and 11:00 p.m.

22                              ///

23                              ///

24                              ///

25

26 Stipulation Modifying Conditions of
   Release (Proposed) Order (No. CR-07-0602)        1

1   Additionally, counsel for defendant Ward has contacted Anthony Granados from Pretrial
2   Services, and he has indicated that he has no objection to this request.

3   DEPARTMENT OF JUSTICE
    CRIMINAL DIVISION
4   CHILD EXPLOITATION AND OBSCENITY
    SECTION

6   Dated: December 19, 2007          By: _____
7                                          JENNIFER TORITTO LEONARDO
                                           Trial Attorney

9                                     WEINBERG & WILDER

11                                    /s/ Doron Weinberg
12  Dated: December 19, 2007          By: _____
                                           DORON WEINBERG
13
                                      Attorney for Defendant
14                                    BERNARD V. WARD

15  **IT IS SO ORDERED:**

18  Dated: 12-20-07, 2007             _____
19                                    HONORABLE MARIA ELENA JAMES
                                      United States Magistrate Judge

26  Stipulation Modifying Conditions of             2
    Release (Proposed) Order (No. CR-07-0602)