UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:  January 24, 2008

Case No.  CR 07-00602  VRW

Case Title:  USA v.  BERNARD WARD (PRESENT)

Attorneys:
    For the Government:  Jennifer Toritto Leonardo

    For the Defendant(s):  Doron Weinberg

Deputy Clerk:  Cora Klein         Reporter: Lydia Zinn
                                       Interpreter:

**PROCEEDINGS**

1)  Status held

2)  Trial Setting  held

3)  The defendant agree to waive time for effective preparation of counsel, and continuity of counsel, govt to prepare order for exclusion of time under the speedy trial act

Case Continued to:    4/24/2008  at 2:00 PM      For Motion Hearing

Pretrial Conference:    5/8/2008 at 2:00 PM

Jury Selection :    6/9/2008 at 8:30 AM

Jury Trial :     6/10/2008 at 8:30 AM (jury 7 days)


EXCLUDABLE DELAY : effective preparation of counsel, continuity of counsel
                     Begin:1/24/08            End:4/24/08