~~CONTINUATION OF APPEARANCE BOND~~    NUMBER: _CR07 - 0602 - VRW_

**FILED**

JAN 2 4 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

NAME: _Bernard V Ward_

PAGE: _2_

surety's obligation limited to $125,000 security in property posted with court

**SURETY'S ADDRESS & PHONE NUMBER**

_Dr Colleen M Halloran_    _3300 Kirkham St_

**Surety print name**

_San Francisco Ca 94122_

_Dr Colleen M Halloran_    _____

**Signature of Surety**

PhoneNumber: _415 731 8936_

**SURETY'S ADDRESS & PHONE NUMBER**

_____    _____

**Surety print name**

_____

_____    _____

**Signature of surety**

PhoneNumber: _____