1  DORON WEINBERG (SBN 46131)
   WEINBERG & WILDER
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone:  (415) 431-3472
   Facsimile:   (415) 552-2703
4  doronweinberg@aol.com

5  Attorneys for Defendant
   BERNARD V. WARD

6

7                   UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN FRANCISCO

10

11  UNITED STATES OF AMERICA,    )   Case No. CR-07-0602 VRW
                                 )
12           Plaintiff,          )   NOTICE OF MOTION OF MOTION FOR
                                 )   A RULING THAT THE DEFENDANT IS
13       vs.                     )   ENTITLED TO PRESENT THE
                                 )   AFFIRMATIVE DEFENSE THAT HE
14  BERNARD V. WARD,             )   RECEIVED AND DISTRIBUTED THE
                                 )   CHARGED CONTRABAND FOR
15           Defendant.          )   LEGITIMATE, FIRST AMENDMENT-
    _____    )   PROTECTED PURPOSES

16                                   DATE:    April 24, 2008
                                     TIME:    2:00 p.m.
17                                   COURT:   6, 17th Floor
                                     JUDGE:   Honorable Vaughn R. Walker

18  TO:  ANDREW G. OOSTERBAAN AND STEVEN GROCKI, CRIMINAL DIVISION
19       U.S. DEPARTMENT OF JUSTICE:

20       PLEASE TAKE NOTICE that on April 24, 2008, at 2:00 p.m., or as soon thereafter as

21  the matter may be heard, Defendant Bernard V . Ward, by and through his counsel, Doron

22  Weinberg, will move the Court for its order permitting him to assert the affirmative defense at

23  trial that his receipt and distribution of contraband materials was for legitimate purposes

24  protected by the First Amendment to the United States Constitution. The motion is based on this

25
    Notice of Motion and Motion for A Ruling That
26  the Defendant is Entitled to Present An
    Affirmative Defense (Case No. CR-07-0602 VRW)       1

1  Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the
2  accompanying Request for Judicial Notice, and whatever evidence and/or arguments are adduced
3  at a the hearing on the motion.

                WEINBERG & WILDER

Dated: April 9, 2008     By: /s/ Doron Weinberg
                DORON WEINBERG

                Attorney for Defendant
                BERNARD V. WARD