~~PROPOSED ORD~~ER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Maria Elena James<br>U.S. Magistrate Judge | RE: | Bernard Ward |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR07-0602 VRW |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Anthony Granados**              **(408) 535-5223**
U.S. Pretrial Services Officer            TELEPHONE NUMBER

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE: April 9, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

     Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.
     _____ on _____ at _____.

     Inform all parties concerned that a Bail Review Hearing will be conducted by:
     Magistrate Judge_____ Presiding District Court Judge_____

☐    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒    Modification(s)

     **A. The defendant shall be allowed to leave his residence to attend religious services on Sundays as approved by Pretrial Services**

     **B. The defendant shall be allowed to leave his residence on Saturday, April 12, 2008, to attend a family function. The leave schedule shall be approved in advance by Pretrial Services**

     **C. The defendant shall attend mental health counseling if deemed appropriate by Pretrial Services**

     I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐    Other Instructions:

_____        _____
JUDICIAL OFFICER                                                DATE    4/11/08
Cover Sheet (03/26/08)