1  DORON WEINBERG  (SBN 46131)
   WEINBERG & WILDER
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone:  (415) 431-3472
   Facsimile:    (415) 552-2703
4  doronweinberg@aol.com

5  Attorneys for Defendant
   BERNARD V. WARD
6

7              UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO

10

   UNITED STATES OF AMERICA,  )   **Case No. CR-07-0602 VRW**
11                            )   **AMENDED**
          Plaintiff,           )   **NOTICE OF MOTION OF MOTION FOR**
12                            )   **A RULING THAT THE DEFENDANT IS**
       vs.                    )   **ENTITLED TO PRESENT THE**
13                            )   **AFFIRMATIVE DEFENSE THAT HE**
   BERNARD V. WARD,           )   **RECEIVED AND DISTRIBUTED THE**
14                            )   **CHARGED CONTRABAND FOR**
          Defendant.           )   **LEGITIMATE, FIRST AMENDMENT-**
15  _____ )   **PROTECTED PURPOSES**

16                              **DATE:    May 8, 2008**
                                **TIME:    2:00 p.m.**
17                              **COURT:   6, 17th Floor**
                                **JUDGE:   Honorable Vaughn R. Walker**
18

   TO:  ANDREW G. OOSTERBAAN AND STEVEN GROCKI, CRIMINAL DIVISION
19        U.S. DEPARTMENT OF JUSTICE:

20        PLEASE TAKE NOTICE that on May 8, 2008, at 2:00 p.m., or as soon thereafter as the

21  matter may be heard, Defendant Bernard V . Ward, by and through his counsel, Doron

22  Weinberg, will move the Court for its order permitting him to assert the affirmative defense at

23  trial that his receipt and distribution of contraband materials was for legitimate purposes

24  protected by the First Amendment to the United States Constitution. The motion is based on this

25
   Amended Notice of Motion and Motion for A Ruling That
   the Defendant is Entitled to Present An
26  Affirmative Defense (Case No. CR-07-0602 VRW)          1

1  Notice of Motion and Motion, the Memorandum of Points and Authorities and the Request for

2  Judicial Notice in support of this motion which was filed with this Court on April 10, 2008, and

3  such other and further argument and evidence as may be adduced at the hearing on this motion.

4

5                                              WEINBERG & WILDER

6
                                                    /s/ Doron Weinberg
7  Dated: April 15, 2008                   By:_____
                                                 DORON WEINBERG
8
                                                 Attorney for Defendant
9                                                BERNARD V. WARD

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  <u>Amended</u> Notice of Motion and Motion for A Ruling That
the Defendant is Entitled to Present An
Affirmative Defense (Case No. CR-07-0602 VRW)         2