IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0602 VRW |
|     Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| BERNARD V. WARD, | |
|     Defendant. | |

YOU ARE NOTIFIED THAT the following has been set for the above case:

Government's opposition to defendant's motion is due  April 24, 2008

Defendant's reply shall be filed no later than  May 1, 2008

Filing of pretrial conference documents for both parties is  May 1, 2008

Hearing on the Motion and Pretrial Conference is set for  May 8, 2008 at 2:00 PM.

Please report to Courtroom #6, 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: April 17, 2008

                                                        */s/ Cora Klein*
Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker

N:\CLKNTC.CRI.wpd