Department of Justice Attorney Steve Grocki, and they have indicated that they have no objection to the above referenced requests for travel.

**Good cause appearing therefor, it is so ordered:**

Dated:____________________, 2008

______________________________
HONORABLE MARIA ELENA JAMES
United States Magistrate Judge