DORON WEINBERG
(SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
doronweinberg@aol.com

Attorneys for Defendant
BERNARD V. WARD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-07-0602 (MEJ) VRW |
| ) | |
| Plaintiff, ) | **(PROPOSED) ORDER MODIFYING** |
| ) | **CONDITIONS OF RELEASE** |
| vs. ) | |
| ) | |
| BERNARD V. WARD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant Bernard Ward requests that he be permitted to travel to the Eastern District of California on Saturday May 3, and on Sunday, May 4, 2008 for approximately six hours each day in order to see his daughter, Darcy, participate in the National Championships for rowing at Lake Natomas, in Sacramento County.

In addition, Defendant requests permission to leave his residence on May 31, 2008 at 10:00 a.m., and return to his residence by 11:00 p.m. in order to attend his son, Eamon's high school graduation ceremony and graduation-related festivities.

Defendant has contacted both Pretrial Services Officer Anthony R. Granados, and

(Proposed) Order Modifying
Conditions of Release  (No. CR-07-0602)           1

1  Department of Justice Attorney Steve Grocki, and they have indicated that they have no
2  objection to the above referenced requests for travel.
3  **Good cause appearing therefor, it is so ordered:**
4
5
6  Dated:_____, 2008      _____
                                          HONORABLE MARIA ELENA JAMES
7                                         United States Magistrate Judge

26  (Proposed) Order Modifying
    Conditions of Release  (No. CR-07-0602)            2