1   DORON WEINBERG
    (SBN 46131)
2   WEINBERG & WILDER
    523 Octavia Street
3   San Francisco, CA 94102
    Telephone:  (415) 431-3472
4   Facsimile:   (415) 552-2703
    doronweinberg@aol.com
5
    Attorneys for Defendant
6   BERNARD V. WARD

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN FRANCISCO

11
    UNITED STATES OF AMERICA,   )    Case No. CR-07-0602 (MEJ) VRW
12                              )
                Plaintiff,      )    (~~PROPOSED~~) ORDER MODIFYING
13                              )    CONDITIONS OF RELEASE
                vs.             )
14                              )
    BERNARD V. WARD,            )
15                              )
                Defendant.      )
16  _____ )

17       Defendant Bernard Ward requests that he be permitted to travel to the Eastern District of

18  California on Saturday May 3, and on Sunday, May 4, 2008 for approximately six hours each

19  day in order to see his daughter, Darcy, participate in the National Championships for rowing at

20  Lake Natomas, in Sacramento County.

21       In addition, Defendant requests permission to leave his residence on May 31, 2008 at

22  10:00 a.m., and return to his residence by 11:00 p.m. in order to attend his son, Eamon's high

23  school graduation ceremony and graduation-related festivities.

24       Defendant has contacted both Pretrial Services Officer Anthony R. Granados, and

25

26  (Proposed) Order Modifying
    Conditions of Release  (No. CR-07-0602)           1

1  Department of Justice Attorney Steve Grocki, and they have indicated that they have no

2  objection to the above referenced requests for travel.

3  **Good cause appearing therefor, it is so ordered:**

6  Dated: _April 18, 2008_____, 2008    _____

                                            HONORABLE MARIA ELENA JAMES
7                                           United States Magistrate Judge

*[Court stamp: IT IS SO ORDERED AS MODIFIED — Judge Maria-Elena James, United States District Court, Northern District of California]*

26  (Proposed) Order Modifying
    Conditions of Release  (No. CR-07-0602)              2