1    DORON WEINBERG  (SBN 46131)
     WEINBERG & WILDER
2    523 Octavia Street
     San Francisco, CA 94102
3    Telephone:   (415) 431-3472
     Facsimile:    (415) 552-2703
4    doronweinberg@aol.com

5    Attorneys for Defendant
     BERNARD V. WARD
6

7              UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO

10

11   UNITED STATES OF AMERICA,   )    **Case No. CR-07-0602 VRW**
                                 )
12            Plaintiff,         )    **JOINT MOTION FOR CONTINUANCE OF**
                                 )    **HEARING ON MOTIONS AND TRIAL**
13        vs.                    )
                                 )
     BERNARD V. WARD,            )    **DATE:        May 8, 2008**
14                               )    **TIME:        2:00 p.m.**
              Defendant.         )    **COURT:       6, 17th Floor**
15   _____)    **JUDGE:       Chief Judge Vaughn R. Walker**

16           Defendant Bernard V. Ward, by and through his attorney Doron Weinberg and Plaintiff

17   United States of America, by and through its attorney Steven J. Grocki, Trial Attorney, Child

18   Exploitation and Obscenity Section, Criminal Division - Department of Justice, jointly move this

19   Court for it Order rescheduling the hearing on motions and pretrial conference presently set for

20   May 8, 2008, and trial, presently set for June 9, 2008. The parties request that the hearing on

21   motions and the pretrial conference be rescheduled for June 12, 2008 and the trial for July 21,

22   2008.

23           This motion is made for the principal reason that an unexpected and unavoidable conflict

24   has arisen in the schedule of defendant's counsel which requires that the trial date be continued.

25

26   Joint Motion for Continuance of
     Hearing on Motions and Trial
     (Case No. CR-07-0602 VRW)              1

In light of the necessity for this continuance of trial, the parties agree that the hearing on motions and the pretrial conference should be rescheduled to permit adequate investigation and preparation and to enhance the possibility that the matter can be resolved short of trial.

The conflict that has arisen in defense counsel's schedule is the following:

On April 22, 2008 counsel learned that the oral argument in the United States Court of Appeals for the Ninth Circuit in the matter of *United States v. Pavel I. Lazarenko*, has been calendared for June 9, 2008. As the Court may recall, the Lazarenko matter, in which undersigned counsel was also lead trial counsel, involved a 53 count indictment charging money laundering, mail fraud and inter-state transportation of stolen property against the former Prime Minister of Ukraine. After more than four years of pretrial litigation and a trial of more than four months, defendant was found guilty on 14 counts, and eventually sentenced to 108 months in the custody of the Attorney General. An appeal has been taken, and undersigned counsel is co-counsel on that appeal, and indispensably involved in its preparation and presentation.

As this Court knows, a case is scheduled for oral argument in the Ninth Circuit only after the merits panel has thoroughly reviewed the briefs and the record and determined that the matter is ready for argument. Given the random composition of appellate merits panels, it is extremely difficult to reconstitute a panel for oral argument and, accordingly, postponements of oral argument are highly disfavored, particularly in complex cases. Additionally, of course, both the government and defendant Lazarenko have a strong interest in resolving this long-standing matter as soon as reasonably possible.

Given the complexity of the Lazarenko record and the issues presented on appeal, a substantial amount of time will be required for preparation for the oral argument. Thus, in addition to the actual conflict, the current schedule of the Ward trial and the Lazarenko appeal would make preparing adequately for either matter extremely difficult.

Joint Motion for Continuance of
Hearing on Motions and Trial
(Case No. CR-07-0602 VRW)                    2

1    Accordingly, the parties respectfully request that the trial in this matter be rescheduled to

2  July 21, 2008, and the hearing on motions and the pretrial conference be rescheduled to June 12

3  at 2:00 p.m.

4    The parties further agree that good cause for the exclusion of time pursuant to 18 U.S.C.

5  § 3161(h)(8)(A) exists because the ends of justice served by rescheduling the trial outweigh the

6  best interest of the public and the defendant in a speedy trial.

7

8  Dated: April 24, 2008                    Respectfully submitted,

9                                           WEINBERG & WILDER

10                                          /s/ Doron Weinberg
                                    By:_____
11                                          DORON WEINBERG
                                            Attorney for Defendant
12                                          BERNARD V. WARD

13

14                                           /s/ Steve Grocki
                                    By:_____
15                                          STEVE GROCKI, Trial Attorney
                                            Child Exploitation and Obscenity Section
16                                          Criminal Division - Department of Justice

17

18

19

20

21

22

23

24

25

26  Joint Motion for Continuance of
    Hearing on Motions and Trial
    (Case No. CR-07-0602 VRW)          3