ANDREW G. OOSTERBAAN
Chief, Child Exploitation and Obscenity Section
Criminal Division - Department of Justice

STEVE GROCKI (VABN 41502)
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division - Department of Justice

JENNIFER TORITTO LEONARDO
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division - Department of Justice

MICHAEL YOON (ILBN 6244165)
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division - Department of Justice

   1400 New York Ave. NW
   Ste. 600
   Washington, DC 20005
   p (202) 514-5780
   f (202) 514-1793

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0602 VRW |
| ) | |
|    Plaintiff, ) | NOTICE OF SUBSTITUTION OF ATTORNEY BY UNITED STATES |
| ) | |
|    v. ) | |
| ) | |
| BERNARD V. WARD, ) | |
| ) | |
|    Defendant. ) | |
| _____ ) | |

     The United States, by Andrew G. Oosterbaan, Chief, Child Exploitation and Obscenity Section, United States Department of Justice (USDOJ), Criminal Division, through USDOJ Trial Attorneys Steve Grocki and Jennifer Leonardo, files this Notice of Substitution of Attorney to substitute the appearance of Michael Yoon, USDOJ Trial

Attorney, for Jennifer Leonardo as co-counsel to Steve Grocki for the United States in the above-captioned case.

DATED: April 28, 2008

                                        Respectfully submitted,

ANDREW G. OOSTERBAAN
Chief, Child Exploitation and Obscenity Section
Criminal Division - Department of Justice

_/s/_____
STEVE GROCKI
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division - Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20630
Telephone: 202-514-5780
Fax: 202-514-1793
E-Mail: Steve.Grocki@usdoj.gov


_/s/_____
JENNIFER TORITTO LEONARDO
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division - Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20630
Telephone: 202-307-2004
Fax: 202-514-1793
E-Mail: Jennifer.Leonardo@usdoj.gov


_/s/_____
MICHAEL YOON
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division - Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20630
Telephone: 202-514-5780
Fax: 202-514-1793
E-Mail: michael.yoon@usdoj.gov