UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:  May 8, 2008

Case No.  CR 07-0602  VRW

Case Title:  USA v.  BERNARD V. WARD (PRESENT)

Attorneys:
    For the Government:  Steve Grocki

    For the Defendant(s):  Doron Weinberg

Deputy Clerk:  Cora Klein      Reporter: Belle Ball
                                                      USPO:

**PROCEEDINGS**:

Change of plea - held.

Case Continued to:  8/28/2008  at  2:00  PM
For:    Court to enter and accept defendant's guilty plea
        Judgment and Sentencing
        Remand Defendant to custody