Law Offices of
**WEINBERG & WILDER**
523 Octavia Street
San Francisco, California 94102
Telephone (415) 431-3472
FAX (415) 552-2703

DORON WEINBERG
NINA WILDER

MARILYN A. WALLER
Of Counsel

May 28, 2008

Honorable Maria Elena James
Magistrate Judge, U.S. District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:   *United States v. Bernard V. Ward*; Case No. CR-07-0602 VRW

Dear Judge James:

Defendant Bernard Ward's sister-in-law, Sheila Peterson, died over the weekend of Lymphoma. The funeral service will be held tomorrow, May 29, in Atherton, CA at 5:00 p.m. at the Chapel of the Sacred Heart Schools, and there will be a family gathering at the home of Ms. Peterson's brother, Larry Sullivan, following the service.

Mr. Ward would very much like to attend the funeral and the family gathering. The conditions of his electronic monitoring currently call for him to return to his residence no later than 6:30 p.m. We are making the request that the Court allow Mr. Ward to return to his home at or before 10:00 p.m. on this occasion.

I have discussed the matter with Pretrial Services officer Richard Sarlatte and, although I understand that he has no objection to the request, he believes that a Court order is required.

Because this case is not being prosecuted by the local United States Attorney's office, but is rather being handled from Washington, D.C., I have been unable to reach the prosecuting attorneys on the short notice provided to me.

Of course, I apologize to the Court as well for the short notice, but Mr. Ward was unable to make his request to me until yesterday in light of the Memorial Day holiday, and I did not receive Mr. Sarlatte's message until earlier today.

Thank you for your consideration.

Very truly yours,

/s/ Doron Weinberg

DW/gba                DORON WEINBERG
cc:   Richard Sarlatte, Pretrial Services Officer