1  DORON WEINBERG
   (SBN 46131)
2  WEINBERG & WILDER
   523 Octavia Street
3  San Francisco, CA 94102
   Telephone:  (415) 431-3472
4  Facsimile:   (415) 552-2703
   doronweinberg@aol.com
5
   Attorneys for Defendant
6  BERNARD V. WARD

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO

11
   UNITED STATES OF AMERICA,    )   Case No. CR-07-0602 (MEJ) VRW
12                              )
              Plaintiff,        )   **(PROPOSED) ORDER MODIFYING**
13                              )   **CONDITIONS OF RELEASE**
        vs.                     )
14                              )
   BERNARD V. WARD,             )
15                              )
              Defendant.        )
16 _____ )

17     Good cause appearing therefor,

18     Defendant Bernard Ward requests that the conditions of his pre-sentence release be

19 modified as follows:

20     Defendant, who is subject to electronic monitoring, may attend the funeral services for his

21 sister-in-law Sheila Peterson, to take place on May 29, 2008 at 5:00 p.m. at the Chapel of the

22 Sacred Heart School, 150 Valparaiso Road, Atherton, CA, and thereafter to attend a family

23 gathering at the home of Larry Sullivan, 2950 Kittredge Street, Palo Alto, CA.  Defendant shall

24 ///

25

26 (Proposed) Order Modifying
   Conditions of Release (No. CR-07-0602)            1

1  return to his residence at or before 10:00 p.m. the same evening.

4  Dated:_____, 2008

_____
HONORABLE MARIA ELENA JAMES
United States Magistrate Judge

26  (Proposed) Order Modifying
Conditions of Release (No. CR-07-0602)                 2