DORON WEINBERG
(SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
doronweinberg@aol.com

Attorneys for Defendant
BERNARD V. WARD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| UNITED STATES OF AMERICA, | ) | Case No. CR-07-0602 (MEJ) VRW |
|---|---|---|
| Plaintiff, | ) | **(PROPOSED) ORDER MODIFYING CONDITIONS OF RELEASE** |
| vs. | ) | |
| BERNARD V. WARD, | ) | |
| Defendant. | ) | |

Good cause appearing therefor,

Defendant Bernard Ward requests that the conditions of his pre-sentence release be modified as follows:

Defendant, who is subject to electronic monitoring, may attend the funeral services for his sister-in-law Sheila Peterson, to take place on May 29, 2008 at 5:00 p.m. at the Chapel of the Sacred Heart School, 150 Valparaiso Road, Atherton, CA, and thereafter to attend a family gathering at the home of Larry Sullivan, 2950 Kittredge Street, Palo Alto, CA. Defendant shall

///

1  return to his residence at or before 10:00 p.m. the same evening.

4  Dated: _____May 28_____, 2008



26  (Proposed) Order Modifying
Conditions of Release (No. CR-07-0602)              2