

**Michael Luckoff**
President and General Manager

June 3, 2008

**FILED**

JUN X 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Vaughn R. Walker
Chief Judge
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Chief Judge Walker: CR 07-0602 VRW

It should be noted that Bernie Ward has been responsible for raising over $4,200,000.00 for charity throughout his broadcast career.

This money benefited many unfortunate people in the San Francisco Bay Area community.

Cordially,

Michael Luckoff

900 Front Street

San Francisco

California

94111-1450

T 415-954-8181

F 415-391-2795

mickey.luckoff@citcomm.com

A Citadel Broadcasting station