IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0602 VRW |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| BERNARD V. WARD, | |
| Defendant. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the sentencing hearing for the above named defendant has been set for 10:30 a.m. on August 28, 2008.   Please report to Courtroom #6, 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: July 7, 2008

_Cora Klein_
Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker

N:\CLKNTC.CRI.wpd