Law Offices of
**WEINBERG & WILDER**
523 Octavia Street
San Francisco, California 94102
Telephone (415) 431-3472
FAX (415) 552-2703

DORON WEINBERG
NINA WILDER

MARILYN A. WALLER
Of Counsel

**August 12, 2008**

Honorable Vaughn R. Walker
Chief Judge, U.S. District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:   *United States v. Bernard V. Ward*; **Case No. CR-07-0602 VRW**

Dear Judge Walker:

I note that the Probation Officer has forwarded to you a set of letters received on behalf of defendant Ward in connection with his upcoming sentencing. Unfortunately, this is not a complete set of the letters that we intend to submit for sentencing. That complete set will accompany our Sentencing Memorandum, and will be provided to the Probation Officer as well as counsel.

Thank you for your consideration.

Very truly yours,

/s/ Doron Weinberg

DW/gba          DORON WEINBERG

cc:   Christina Carrubba, U.S. Probation Officer Specialist
      Steve Grocki, U.S. Department of Justice