ANDREW G. OOSTERBAAN
Chief, Child Exploitation and Obscenity Section
Criminal Division - Department of Justice

STEVE GROCKI (VABN 41502)
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division - Department of Justice

MICHAEL I. YOON (ILBN 6244165)
Trial Attorney
Child Exploitation and Obscenity Section
Criminal Division - Department of Justice

1400 New York Ave. NW
Ste. 600
Washington, DC 20005
p (202) 514-5780
f (202) 514-1793
email      Steve.Grocki@usdoj.gov
           Michael.Yoon@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0602 VRW |
| Plaintiff, | Sentencing Memorandum of the United States |
| v. | |
| BERNARD V. WARD, | |
| Defendant. | |

DATE:      August 28, 2008
TIME:      10:30 am
COURT:     6, 17th Floor
JUDGE:     Honorable Vaughn R. Walker

## SENTENCING MEMORANDUM OF THE UNITED STATES

### I.  INTRODUCTION

On May 8, 2008, pursuant to an Agreement between the parties, the Defendant, BERNARD

WARD, entered a plea of guilty to count 1 (Distribution of Child Pornography) of the above

captioned Indictment charging him with the felony offenses of Distributing and Receiving Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2). The United States submits this Memorandum in anticipation of sentencing, which is scheduled for August 28, at 10:30 a.m.

Because defendant knowingly distributed images of child pornography; because many of these images depict very young children (3-year-olds) being subjected to abuse of the most serious kind (sadistic and masochistic abuse); because defendant, by his own admission, engaged in this conduct for approximately one year; and because no evidence supports defendant's contention that he engaged in his behavior to further a journalistic investigation, the government respectfully requests that this Court sentence defendant to a term of 108 months of imprisonment, the low-end of the applicable guidelines.

## II. OUTSTANDING OBJECTIONS

The United States notes the outstanding objections of the defense and denials of certain factual statements on three general issues. See PSR Addendum ¶¶ 1-5. Although the United States is prepared to prove the first of these contested issues, it does not believe that the Court needs an evidentiary hearing to resolve these objections.

With respect to the first issue, the defendant contests the inclusion of the content of PSR paragraph 7. While the events recounted therein may not have actually taken place, they do, at a minimum, represent the context in which defendant distributed child pornography. It is undisputed that the statements were in fact made by defendant. Because defendant now claims that he engaged in his unlawful activities to conduct journalistic research, it is highly relevant and proper that the Court consider these Instant Messages. As such, they are attached to this memorandum in Attachment 1.[1]

With respect to the second issue, the United States did not participate in the investigation that yielded the information regarding defendant's purported sexual misconduct 20 years ago and therefore is not in a position to offer evidence to support the PSR findings. However, the United

---

[1] As this court is aware, hearsay testimony is permissible at sentencing hearing. *United States v. Littlesun*, 444 F.3d 1196, 1200 (9th Cir. 2006).

States echoes the PSR in stating that the Court can give the facts whatever weight and relevance it deems appropriate under 18 U.S.C. §3553(a).

Finally, regarding the third defense objection, the 2 level enhancement for use of a computer found in U.S.S.G. §2G2.2(b)(6) is appropriate in this case as uncontested facts demonstrate defendant distributed and received child pornography via a computer. Defendant can cite to no case law or sentencing commission language that supports his position that because his offense intrinsically involved a computer, an enhancement is inappropriate. There are many other circumstances in which an individual can distribute and receive child pornography other than by computer.

## II.    STATEMENT OF FACTS

The facts of this case are simple, yet disturbing. Defendant is a 57-year-old man who is married and has four children (approximate ages 15 to 23). Ward lives in San Francisco, California and formerly worked as a radio "shock" talk show host for a local radio station, KGO-AM 810, in San Francisco. Defendant also worked as a radio journalist for the same station. (PSR ¶57).

In late December 2004, defendant, using the AOL Instant Messenger screen name Vincentlio, chatted with a woman via AOL in Oakdale, California who used the screen name SexFairy2005. During one of these chat sessions, defendant sent a photo to Sexfairy2005 containing a depiction of two minors and an adult woman sitting on a couch engaged in sexually explicit conduct. The adult female is seen guiding the minor female's hand onto the minor male's erect penis as the three sit on the couch nude. Defendant described the photo as containing a boy age 14, a girl age 12, and a mom age late 30s. Prior to sending the photo, defendant stated that "he loved trading pictures." This photo has been identified as part of the "Sabaan" series of photos that were taken in Brazil in the mid-1990s. The female in the image is known as "Sabaan" who was approximately 12-14 when the photos were taken. (PSR ¶6)

During these chats, defendant also discussed various sexual scenarios involving his children where he was sexually aroused either by his daughter and her friend walking in on him in the bathroom while he was in the shower, or where he was watching Japanese Hentai cartoons

(sexual cartoons) with his son and one of his friends.  (PSR ¶7, Attachment 1).

   Following these chat sessions, Sexfairy2005 reported defendant's activities to the police and identified herself.  She allowed Oakdale police to obtain copies of her chat sessions with Vincentlio and provided a statement.  In her reporting, she told police that Vincentlio was introduced to her as an ex-priest.  (PSR ¶8)  Relying on the chat sessions provided by Sexfairy2005 and the image of child pornography she printed that Vincentlio had sent to her, Oakdale police obtained a search warrant for the AOL account with screen name Vincentlio. AOL responded to this warrant by providing Oakdale police the subscriber information for the Vincentlio account, the connection log information, and the emails for the account from approximately December 30th, 2004 through January 13th, 2005.  All of the information AOL provided to Oakdale police was located on its company servers located in Virginia.  AOL was only able to provide the window of time between those dates because it does not retain data for individual email accounts for very long, unless an individual saves emails to their personal filing cabinet.  (PSR ¶9)

   In the stored email account information during this time were approximately 100 imbedded images within the body of the email (not attachments that needed to be opened) of minors under the age of 18 engaged in sexually explicit conduct.  These images were located in both the "read" and "sent" folders (approximately 50 in each).  Most of the images depicted prepubescent females engaged in sexual acts with adult males.  None of the sexually explicit images were in the "unread" folder of Vincentlio's stored emails.  Thus, defendant actually accessed the email account and actually opened the emails in the "read" folder.  (PSR ¶10).

   Defendant belonged to a list group of individuals who would trade images of child pornography with one another.  (PSR ¶10)  These emails typically would have no accompanying text and would just contain an image.  A member would send an image to the group, who would then pair off and begin exchanging images individually.  Occasionally, defendant would make specific requests for types of images, (e.g. "Young or Family") when prompted by another list member to "send what you like."  Defendant distributed at least one image of child pornography to approximately 10 different members of these list groups.  (PSR ¶10).

1  The images defendant received and sent included numerous images depicting very young
2  prepubescent minors (3-9 years old), typically females, engaged in sexual acts, graphically
3  depicted, with adult males. The sexual acts included vaginal and anal intercourse, as well as oral
4  sex. In some images, the minors are depicted bound by rope or handcuffs and are either being
5  forced to perform fellatio on an adult male or are being digitally penetrated. In one image, a
6  minor approximately 9 years old is being whipped. (PSR ¶10).

7  These images were sent to the National Center for Missing and Exploited Children
8  (NCMEC), which identified approximately 12 known victims, with some appearing in the "read"
9  folder and some in the "sent" folder. (PSR ¶11).

10  The FBI obtained a federal search warrant for defendant's residence. They also spoke with
11  defendant, his wife, and two of his children. Forensic analysis of the computers revealed no
12  matches to the images that AOL supplied through its warrant. Further, no evidence of chats were
13  retrieved from the computer evidence. One of the drives did contain a few erotic stories that
14  discussed incest and child sex, as well as some indication that "lolita" sites had been visited by a
15  user of the computer. (PSR ¶13)

16  On April 7, 2005, defendant made a statement to an old friend regarding his involvement
17  with child pornography. This individual contacted the FBI and stated he had information that
18  was relevant to its investigation. He indicated he had known defendant for approximately 20
19  years. On April 3, 2005, he relayed that when he saw defendant, he gave him a hug and when he
20  did, defendant burst into tears. After asking defendant what was wrong, defendant stated to him,
21  "I've been looking at things I'm not supposed to on the Internet." He then clarified that he had
22  been looking at pictures of children. Upon hearing this, the friend asked how long defendant had
23  been involved in child pornography to which defendant responded that he had been looking for
24  pornographic images of children for one year. Defendant further told the friend that the FBI had
25  searched his home and he believed he had been "caught" because he was role playing with
26  someone. (PSR ¶14).

27  The probation officer reviewed 17 of the images defendant either sent or received via his
28  AOL email account. According to her, the photos involved primarily female minors including:

1) a female toddler posing next to a penis, 2) an image of a penis penetrating a young female's vagina, 3) a series of six images showing a girl copulating an adult male, 4) a young girl tied up with her mouth taped and her legs spread apart displaying her vagina, and 5) a young girl tied up with rope. (PSR ¶15). 100 photos were involved in the instant offense. (PSR ¶16).

## IV.    GUIDELINES CALCULATION

The United States adopts the offense level computations, the criminal history score, and the resulting Sentencing Guidelines range set forth in the Presentence Investigation Report in all respects.

## V.    CONTEXT FOR SENTENCING

As the Court is well aware, the Sentencing Guidelines are no longer binding in the wake of the Supreme Court's decision in *United States v. Booker,* 543 U.S. 220 (2005). As set forth in *United States v. Mix,* 457 F.3d 906, 911 (9th Cir. 2006), the district court must correctly analyze the Guidelines and then take into account the factors set forth in section 3553. Although the Guidelines are not binding, "it is fair to assume that the Guidelines, insofar as practicable, reflect a rough approximation of sentences that might achieve section 3553(a)'s objectives." *United States v. Rita,* 127 S. Ct. 2456, 2464-65 (2007). Those factors include:

(1) The nature and circumstances of the offense and the history and characteristics of the defendant;

(2) The need for the sentence imposed –
   (A) To reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense,
   (B) To afford adequate deterrence to criminal conduct,
   (C) To protect the public from further crimes of the defendant, and
   (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3) The kinds of sentences available;

(4) The kinds of sentence and the sentencing range established for –
   (A) The applicable category of offense committed by the applicable category of defendant as set forth in the Guidelines issued by the Sentencing Commission . . .

(5) Any pertinent policy statement –
   (A) Issued by the Sentencing Commission;

(6) The need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7) The need to provide restitution to any victims of the offense.

18 U.S.C. 3553(a).

The statutory minimum term of imprisonment that the defendant faces is five years

imprisonment, and the maximum term of imprisonment is twenty years. The maximum term of

supervised release is "life," the maximum fine that can be imposed is $250,000. There is a

mandatory special assessment of $100 for each count. The United States agrees with the

Probation Office assessment that the applicable Guideline range is Adjusted Offense Level 31.

The United States also agrees that the defendant's Criminal History Category of I and the

applicable Guideline range is 108-135 months. Defendant agrees with this calculation but for the

inclusion of the 2 level enhancement for use of computer. Defendant's contention lacks

grounding in law or fact.

Section 3553(c) requires the district court "at the time of sentencing" to "state in open court

the reasons for its imposition of the particular sentence." Greater specificity is required for: (1)

sentences within a Guidelines range that exceeds 24 months – for which the court must state "the

reason for imposing a sentence at a particular point within the range" (18 U.S.C. § 3553(c)(1));

and (2) sentences outside the Guidelines range – for which the court must state orally and in the

written judgment "the specific reason" for the imposition of the sentence (18 U.S.C. §

3553(c)(2)).

## VI.  GOVERNMENT'S RECOMMENDATION FOR LOW-END OF THE GUIDELINES RANGE

The Court should sentence the defendant to a term of imprisonment of 108 months

followed by a term of supervised release of ten years with the conditions recommended by the

Probation Officer. The United States believes that this sentence would represent the seriousness

of the defendant's conduct. Sentencing the defendant to the low-end of the Guidelines

recognizes the victimization of the many children depicted in these images, defendant's

culpability in distributing these images to approximately ten other individuals, and defendant's

current efforts to minimize the criminality of his conduct.

A.  <u>Defendant's Current Efforts to Minimize His Culpability for the Crime and Failure to Accept Responsibility for His Conduct</u>

Defendant continues to assert he only engaged in his criminal conduct to research people on

1    the Internet who trafficked in child pornography.  (PSR ¶20). He adds that he did not think his

2    activities were illegal.  *Id.*  Interestingly, he comments that he was drinking heavily at the time

3    when he came up with the idea to conduct this research, and that he did have a book title in mind.

4    He did not provide the title but assured probation that he was eager to earn a book deal with his

5    idea and was blinded by greed.  (PSR ¶21).

6        Defendant's position, in minimizing his culpability, is precariously close to failing to accept

7    responsibility, which in the Plea Agreement, entitled him to a 3 point adjustment.  Although

8    standing by the Plea Agreement, the United States suggests that this Court should consider the

9    defendant's failure to (1) fully accept responsibility for his actions and (2) acknowledge the

10   impact and seriousness of his conduct.

11       This man sent and received horrific images of small children being bound, gagged, and

12   brutally sexually abused.  He engaged in this conduct with at least 10 other individuals.  The

13   method in which he traded these images does not reveal any indication that he was engaging in a

14   journalistic enterprise.  The images were sent and received without discussion.  Defendant

15   willingly traded in this currency of suffering children, contributed to each child's cycle of abuse,

16   and facilitated the dissemination of their horrific record of sexual abuse.  Once these images were

17   sent by defendant, he had no control over them any longer and could not undo the harm.

18   Moreover, in the context of his trading with Sexfairy2005, he discusses his sexual attraction to

19   his own children's friends in his home.  While this maybe fantasy, it is certainly inconsistent with

20   a journalistic enterprise.  Finally, in his statement to his longtime friend, he says he engaged in

21   this behavior for approximately one year, knew it was wrong, but mentions nothing about doing

22   it for journalism.  To all of this, defendant states he feels "chagrined about the instant offense and

23   wishes he had known more before getting involved in his research efforts."  (PSR ¶21).  The

24   defendant's argument should be regarded for what it is - a baseless, last-ditch effort to minimize

25   his culpability and salvage something of his reputation in the community.

26       Even if the defendant did not know that trading these images was illegal, at a minimum, the

27   defendant's conduct was amoral, universally unacceptable, and aberrant.  It is preposterous to

28   believe that the defendant thought it was appropriate or acceptable to trade in images of

prepubescent children being molested by anal, vaginal, and oral penetration.  Defendant acquired images of children being molested for his own prurient and selfish interests, without regard to the victimization of the children depicted.  In sentencing this defendant, the Court should consider, in accordance with the Section 3553 factors, the defendant's failure to acknowledge the seriousness of the offense, impact on the victims, and respect for the law.

The government's recommended sentence is a  reasonable and appropriate disposition of the matter; falls with the applicable Guidelines range; and properly accounts for the defendant's criminal conduct and the section 3553 factors.

B.  Congress Has Repeatedly Stated That Penalties for the Offenses Committed by the Defendant Should Be Harsh.

The defendant is in the general population of sexual offenders that have been deemed worthy of significant federal punishments.  The Court is aware of the relatively recent statutory and sentencing guideline amendments that have strengthened the federal penalties for offenses related to the sexual exploitation of minors.  Approximately five years ago Congress enacted the Prosecutorial Remedies and Other Tools to End the Exploitation of Children Today Act of 2003 (the PROTECT Act, Public Law 108-21) in large part to enhance the penalties for crimes involving the sexual exploitation of children.  As justification for higher sentences in child exploitation offenses, Congress stated:

> The Government has a compelling state interest in protecting children from those who sexually exploit them, including both child molesters and child pornographers.  "The prevention of sexual exploitation and abuse of children constitutes a government objective of surpassing importance," New York v. Ferber 458 U.S. 747 (1982), and this interest extends to stamping out the vice of child pornography at all levels in the distribution chain.  Osborne v. Ohio, 495 U.S. 103, 110 (1990).

PROTECT Act, Pub. L. No. 108-066, 117 Stat. 650, Sec. 501, Findings (2003).  In the case of child exploitation prosecutions, the government has a compelling interest to protect children from those who would exploit them.  The defendant is the very type of offender that Congress contemplated when it drafted and enacted the PROTECT Act.  The federal child sexual exploitation statutes and penalty provisions are designed to provide just punishment for the offenses that the defendant has committed.

More recently, on July 27, 2006, Congress enacted the Adam Walsh Child Protection and

1  Safety Act of 2006, H.R. 4472.  This new legislation created new offenses related to the sexual

2  exploitation of minors and increased punishments for some existing offenses.  It is worth noting

3  the continued Congressional focus on enacting additional legislation to enhance the protection of

4  children from those who would use the Internet to exploit them.[2]  The government provides this

5  context to suggest that the trend has been to do everything possible to increase punishment for

6  crimes like the offense for which the defendant now faces at sentencing.  This reflects the

7  societal concern that crimes connected to the sexual exploitation of children are some of the most

8  heinous that can be committed.

9       In passing the PROTECT Act and the Adam Walsh Act, Congress undertook its duty to

10  protect the psychological, emotional, and physical development of the nation's children.  As the

11  Supreme Court has stated, "A democratic society rests, for its continuance, upon the healthy,

12  well-rounded growth of young people into full maturity as citizens." *Ferber*, 458 U.S. at 757.

13    The Sixth Circuit has likewise held that using children to produce graphic sexual images is a

14  form of sexual abuse which can cause mental and/or physical harm to a child.  *United States v.*

15  *Champion*, 248 F.2d 502, 506 (6th Cir. 2001).  Further, the viewers of the images contribute to

16  the cycle of abuse and are in part responsible for the psychological and physical harm of the

17  children used to produce the images. *United States v. Yeaple*, 605 F. Supp. 85, 86 (Pa. D. 1985),

18  *see also, Ferber*, 458 U.S. at 759.

19  **VII.    GOVERNMENT'S POSITION REGARDING REMAND**

20    Pursuant to the provisions of 18 U.S.C. § 3143(b), the United States respectfully moves the

21  Court for an order directing remand of the Defendant immediately after sentence.

22

23

24

25

26

27

28

---

[2] The Court can also take notice that California's Proposition 83, which provides for lifetime global positioning system monitoring and restrictions on where registered sex offenders can reside, was approved by an overwhelming 70-30% majority of voters on November 7, 2006.

## VIII. __CONCLUSION__

The United States respectfully contends that a sentence at the low-end of the advisory
Guidelines range of 108-135 months is appropriate to achieve the goals of sentencing.

Respectfully submitted,

Dated: August 20, 2008

ANDREW G. OOSTERBAAN
Chief, Child Exploitation and Obscenity Section
Criminal Division - Department of Justice

By:      /s/ Steven J. Grocki
         STEVE GROCKI
         Trial Attorney


         /s/ Michael I. Yoon
         MICHAEL I. YOON
         Trial Attorney

Attachment 1

## Ben Savage

**From:**    Sexfairy2005@aol.com
**Sent:**    Thursday, December 23, 2004 8:10 PM
**To:**       Sexfairy2005@aol.com
**Subject:** (no subject)

Vincentlio [4:49 PM]: good afternoon mistress

Sexfairy2005 [4:49 PM]: good afternoon

Vincentlio [4:50 PM]: i didnt mean to interupt ...just wanted to say hi

Sexfairy2005 [4:51 PM]: how was your day slave

Vincentlio [4:52 PM]: mostly running errands...was tempted to stop at this video store with booths in the back but didnt...my oldest is having friends over later

Sexfairy2005 [4:53 PM]: and why didnt you stop at the video store

Vincentlio [4:54 PM]: didnt see anyone milling around..have you ever heard of the palm therater..no you probably havnt since you live far from the city

Vincentlio [5:03 PM]: its a theater in san mateo...old style..one screen..shows porn..and lots of guys go there

Sexfairy2005 [5:04 PM]: do they ever suck each other off

Vincentlio [5:04 PM]: yes all the time and if you stand in the back they get very agressive with you

Sexfairy2005 [5:05 PM]: have you ever stood in the back

Vincentlio [5:05 PM]: yes once

Sexfairy2005 [5:05 PM]: and how was it

Vincentlio [5:07 PM]: there were about fifteen or twenty guys back there...nothing happened for a few minutes then a couple of ahnds touched me and when i didnt object they started to grab me and then more did...they pulled my pants down and all of a suddenlifted up a leg and took them off and then my shirt and i was almost naked except for my shoes...i tried to get up but they kept pushing me over...they grabbed my cock nd rubbed theirs up against me..i ended up sucking some and they took my clothes to the front of the theater

Vincentlio [5:07 PM]: and i had to walk up naked ot get them

Sexfairy2005 [5:09 PM]: did you like it

Vincentlio [5:09 PM]: yes very much
Vincentlio [5:09 PM]: and hated it

Sexfairy2005 [5:09 PM]: did you leave feeling dirty

Vincentlio [5:09 PM]: yes

Sexfairy2005 [5:10 PM]: you like that feeling dont you

Vincentlio [5:10 PM]: yes way too much
Vincentlio [5:10 PM]: i want it all the time

Sexfairy2005 [5:11 PM]: im going to make you get fucked in the ass

Vincentlio [5:11 PM]: yes maam

Sexfairy2005 [5:11 PM]: do u want me to fuck your ass with a strap on

Vincentlio [5:11 PM]: yes maam
Vincentlio [5:12 PM]: i want to be sisified

Sexfairy2005 [5:12 PM]: then with that package you are sending you will send a nice strap on

Vincentlio [5:13 PM]: yes maam
Vincentlio [5:16 PM]: my daughter wants to know if i will be embarssed in front of her friends tonight

Sexfairy2005 [5:16 PM]: no there are things that children should not see

Vincentlio [5:18 PM]: they saw me jacking off this morning by accident

Sexfairy2005 [5:18 PM]: if that ever happens again you will be punished   understood?

Vincentlio [5:19 PM]: they walked in on me in the shower

000073

Sexfairy2005 [5:20 PM]: **from now on you will locl the door**
Vincentlio [5:23 PM]: i dont hav locks on any doors for safety

Sexfairy2005 [5:23 PM]: **get them**
Vincentlio [5:24 PM]: i dont want them to be able to lock doors on me

Sexfairy2005 [5:24 PM]: **and why not?**
Vincentlio [5:24 PM]: in case something were to happen i coudlnt get to them in time

Sexfairy2005 [5:24 PM]: **thats a good excuse**
Vincentlio [5:25 PM]: thank you maam
Vincentlio [5:26 PM]: are you going to mke me feel dirty mistress?

Sexfairy2005 [5:27 PM]: **yes i am**
Vincentlio [5:29 PM]: my i say hi to stacy maam

Sexfairy2005 [5:30 PM]: **no**
Vincentlio [5:30 PM]: yes maam
Vincentlio [5:37 PM]: have you ever made someone ride sybian

Sexfairy2005 [5:38 PM]: **dont know what it is**
Vincentlio [5:38 PM]: you should go to sybian.com sometime...its the ultimate vibrator

Sexfairy2005 [5:38 PM]: **i might have to do that**
Vincentlio [5:39 PM]: i love trading pictures

Sexfairy2005 [5:49 PM]: **and why havnt i gotten any pics slave**

Sexfairy2005 [5:49 PM]: **send me some**
Vincentlio [5:49 PM]: yes maam
Vincentlio [5:50 PM]: you have maail mistress

Sexfairy2005 [5:51 PM]: **more**
Vincentlio [5:52 PM]: mail mistress

Sexfairy2005 [5:54 PM]: **how old are those in the last photos**
Vincentlio [5:54 PM]: the boy is fourteen the girl is twelve i believe mistress
Vincentlio [5:55 PM]: the mom is late thirties
Vincentlio [5:56 PM]: but you never know the ages could be way different
Vincentlio [5:58 PM]: can i jack off before my daughter comes back with her friend mistress

Sexfairy2005 [5:58 PM]: **no**
Vincentlio [6:00 PM]: i have to get dinner going mistress

Sexfairy2005 [6:00 PM]: **you will wait?**
Vincentlio [6:01 PM]: wait for what mistress

Sexfairy2005 [6:01 PM]: **for me    understood**
Vincentlio [6:01 PM]: yes of course mistress

Sexfairy2005 [6:04 PM]: **so i have a question**
Vincentlio [6:04 PM]: yes maam

Sexfairy2005 [6:04 PM]: **have you ever played with children before**
Vincentlio [6:05 PM]: no maam
Vincentlio [6:06 PM]: however every so often an opportunity presents itself
Vincentlio [6:07 PM]: but if it does i will ask you of course
Vincentlio [6:07 PM]: is that ok

Sexfairy2005 [6:07 PM]: **brb**

000074

**Vincentlio [11:20 AM]:** no this is the first time ive seen them do this...she is totallydomming them
**Vincentlio [11:33 AM]:** they both came...alot

**Sexfairy2005 [11:34 AM]:** ok

**Vincentlio [12:00 PM]:** i wish you were here
**Vincentlio signed off at 12:02 PM**

000081

## Ben Savage

**From:** Sexfairy2005@aol.com
**Sent:** Monday, December 27, 2004 2:46 AM
**To:** Sexfairy2005@aol.com
**Subject:** (no subject)

Vincentlio [12:15 AM]: you are up late mistress

Sexfairy2005 [12:15 AM]: yes i am
Vincentlio [12:15 AM]: are you playing

Sexfairy2005 [12:16 AM]: no
Vincentlio [12:16 AM]: oh ok
Vincentlio [12:18 AM]: we are watching hentai dvds

Sexfairy2005 [12:19 AM]: whats that
Vincentlio [12:19 AM]: japanese sex cartoons is the best way to describe them

Sexfairy2005 [12:19 AM]: ohhh ok

Sexfairy2005 [12:19 AM]: where are the kids
Vincentlio [12:20 AM]: two are here two are asleep

Sexfairy2005 [12:20 AM]: where they watching
Vincentlio [12:21 AM]: yes they thought the japanese voice track was quite funny...my son and his friend are here they are both hard

Sexfairy2005 [12:21 AM]: ohhhh really
Vincentlio [12:22 AM]: yes both hav skinny cocks but definately hard
Vincentlio [12:23 AM]: they are looking at other pictures i have along with my daughter who tinks they are both interesting to watch

Sexfairy2005 [12:23 AM]: phhh really
Vincentlio [12:23 AM]: yes
Vincentlio [12:23 AM]: can i please cum mistress

Sexfairy2005 [12:23 AM]: no
Vincentlio [12:24 AM]: ive been good all day
Vincentlio [12:28 AM]: they are going to cum can i please?

Sexfairy2005 [12:29 AM]: can you what?
Vincentlio [12:29 AM]: cum please mistress

Sexfairy2005 [12:29 AM]: who is going to cum
Vincentlio [12:29 AM]: the boys

Sexfairy2005 [12:30 AM]: and you want to cum with them
Vincentlio [12:30 AM]: or after them i dont care mistress
Vincentlio [12:34 AM]: is it ok mistress?

Sexfairy2005 [12:34 AM]: what excatly are you thinking about doing
Vincentlio [12:35 AM]: jacking off while watching them or letting them finish and then jacking off after or i could go first i really dont care i just want to cum

Sexfairy2005 [12:35 AM]: brb

Sexfairy2005 [12:44 AM]: well im going to bed
Vincentlio [12:44 AM]: can i cum mistress?

000082

## Ben Savage

**From:**   Sexfairy2005@aol.com
**Sent:**   Thursday, December 30, 2004 5:17 PM
**To:**     Sexfairy2005@aol.com
**Subject:** (no subject)

Vincentlio [1:11 PM]: happy almost new years mistress
Sexfairy2005 [1:11 PM]: **hello slave**
Vincentlio [1:11 PM]: how are you
Vincentlio [1:11 PM]: what are you doing for new years eve?
Sexfairy2005 [1:11 PM]: **very unhappy**
Vincentlio [1:11 PM]: whats the matter
Sexfairy2005 [1:12 PM]: **you have been warned not to speak to my slut and you have**
Vincentlio [1:12 PM]: she IMed me mistress i assumed she had permission
Sexfairy2005 [1:12 PM]: **no she did not**
Vincentlio [1:12 PM]: i didnt know that
Vincentlio [1:12 PM]: i resonded to her
Sexfairy2005 [1:12 PM]: **and you all will be punished accoridinly**
Vincentlio [1:12 PM]: responded
Vincentlio [1:13 PM]: yes mistress
Sexfairy2005 [1:13 PM]: **why havnt you been on lately**
Vincentlio [1:13 PM]: ive been working mistress..had to cover the bay area relief efforts for all the people hit by the tsunamis
Sexfairy2005 [1:14 PM]: **ok you are forgiven for that one**
Vincentlio [1:15 PM]: thank you mistress
Sexfairy2005 [1:15 PM]: **so tell me what bad things you have bben up to latley**
Vincentlio [1:16 PM]: well i talked to s tacey and now realize that was bad
Sexfairy2005 [1:17 PM]: **are there others**
Vincentlio [1:18 PM]: i let my daughter and her friend watch me jack off
Sexfairy2005 [1:18 PM]: **and how old where these two slave**
Vincentlio [1:19 PM]: they are both fourteen mistress
Sexfairy2005 [1:19 PM]: **you are a bad boy**
Vincentlio [1:19 PM]: yes i know
Vincentlio [1:20 PM]: i was in the shower and she walked in with her and they saw me
Sexfairy2005 [1:20 PM]: **do you know what wouldmake mistress happy**
Vincentlio [1:20 PM]: what mistress
Sexfairy2005 [1:20 PM]: **more pics**
Vincentlio [1:20 PM]: what kind would yo ulike mistress
Sexfairy2005 [1:20 PM]: **naughtier the better**
Vincentlio [1:21 PM]: could i talk to you on the phone mistress?
Sexfairy2005 [1:21 PM]: **hold on i need to get off my line right now**
Vincentlio [1:21 PM]: ok
Sexfairy2005 [1:24 PM]: **what makes you think that you have earned speaking to me**
Vincentlio [1:24 PM]: i havnt mistress i thought it might be a little present and reward for sending you more pictures...i could send them as we talk if you liked
Sexfairy2005 [1:26 PM]: **what are you doing for new years slave**
Vincentlio [1:26 PM]: nothing as of now mistress

1/5/2005

000076

Sexfairy2005 [1:27 PM]: you have no plans at all
Vincentlio [1:28 PM]: well for new years i will watchsome football and my kids are having some friends sleep over
Sexfairy2005 [1:28 PM]: ohhhh really
Vincentlio [1:28 PM]: yes
Sexfairy2005 [1:29 PM]: how old are there friends
Vincentlio [1:29 PM]: they will range from twelve to fifteen mistress
Sexfairy2005 [1:30 PM]: are they beautiful
Vincentlio [1:30 PM]: they are cute... one girl is chubby and i love that
Sexfairy2005 [1:30 PM]: do you have naughty thoughts about her slave
Vincentlio [1:30 PM]: yes mistress
Vincentlio [1:31 PM]: my daughter and her friend laughed at my cock mistress
Sexfairy2005 [1:31 PM]: are you worthy of hearing my voice
Vincentlio [1:31 PM]: oh yes mistress
Vincentlio [1:31 PM]: im yours...id do anything
Vincentlio [1:31 PM]: you own me
Sexfairy2005 [1:31 PM]: I WANT PICS NOW
Vincentlio [1:32 PM]: it says i cant send email to you mistress
Sexfairy2005 [1:32 PM]: it does
Sexfairy2005 [1:32 PM]: let me check
Sexfairy2005 [1:34 PM]: dont know how that happened    SEND NOW
Vincentlio [1:34 PM]: you have mail mistress
Sexfairy2005 [1:35 PM]: ive seen that one....do you think that i am stupid.......send more now
Vincentlio [1:36 PM]: mail mistress
Sexfairy2005 [1:37 PM]: very good
Sexfairy2005 [1:37 PM]: MORE

Vincentlio [1:37 PM]: i only have one more new one mistress im trying to get more but ill send itto you
Sexfairy2005 [1:37 PM]: GOOD

Vincentlio [1:39 PM]: mail mistress its my favorite one
Sexfairy2005 [1:39 PM]: very good
Vincentlio [1:39 PM]: may i please call you mistress?
Sexfairy2005 [1:40 PM]: i am on a phone call slave you will wait
Vincentlio [1:40 PM]: yes maam
Sexfairy2005 [1:44 PM]: those pics are very nice
Vincentlio [1:44 PM]: thank you mistress
Vincentlio [1:45 PM]: what are you doing for new years eve mistrss?
Sexfairy2005 [1:45 PM]: nothing as of right now
Vincentlio [1:45 PM]: you should be entertained by your subs
Sexfairy2005 [1:46 PM]: is that what you think
Vincentlio [1:46 PM]: yes but im a slave so what i think doesnt matter
Sexfairy2005 [1:46 PM]: you are very right
Vincentlio [1:46 PM]: yes mistress
Vincentlio [1:47 PM]: would you let this slave call yo umistress? do you like chubby girls mistress
Sexfairy2005 [1:48 PM]: i am still on the phone slave  you will wait
Vincentlio [1:49 PM]: yes mistress

1/5/2005

Sexfairy2005 [1:50 PM]: tell me something slave
Vincentlio [1:51 PM]: yes mistress
Sexfairy2005 [1:51 PM]: what naughty things have you done with your childrens friends
Vincentlio [1:51 PM]: ive seen them naked mistress
Sexfairy2005 [1:51 PM]: is that all slave
Vincentlio [1:52 PM]: yes mistress and ive jacked off watching them
Sexfairy2005 [1:52 PM]: you are dissapointing
Vincentlio [1:52 PM]: why mistress
Sexfairy2005 [1:53 PM]: because you just are
Vincentlio [1:53 PM]: would you like me to do more
Sexfairy2005 [1:53 PM]: i just want to hear your true confessions
Vincentlio [1:53 PM]: id do anything you suggested mistress...or anyideas you might have
Vincentlio [1:54 PM]: my daughter says hello mistress she just walked in the room
Sexfairy2005 [1:54 PM]: areyou dressed
Vincentlio [1:54 PM]: boxers and t shirt mistress
Sexfairy2005 [1:54 PM]: put pants on now
Vincentlio [1:55 PM]: if i get up she will see me a little hard mistress
Sexfairy2005 [1:55 PM]: then stay seated
Vincentlio [1:55 PM]: yes mistress
Vincentlio [1:55 PM]: she says to tell you i did a good job cleaning their room
Sexfairy2005 [1:56 PM]: they wernt suppose to be there
Vincentlio [1:57 PM]: you said to do it with them there mistress..i assumed to embarass me which by the way worked very well
Sexfairy2005 [1:57 PM]: you must have misuderstood me
Vincentlio [1:57 PM]: she said to tell you it was really funny
Sexfairy2005 [2:03 PM]: give me your number slave...i am almost done with my converstaion
Vincentlio [2:03 PM]: 415-218-0392
Sexfairy2005 [2:08 PM]: i am almost done  DO NOT LOG OFF    UNDERSTOOD?????
Vincentlio [2:08 PM]: yes maam
Sexfairy2005 [2:24 PM]: its a shame i dont live in your area isnt it slave
Vincentlio [2:24 PM]: yes mistress i hate it
Vincentlio [2:25 PM]: but i can come to you when you wish
Sexfairy2005 [2:25 PM]: that might be soon
Vincentlio [2:25 PM]: yes mistress
Sexfairy2005 [2:26 PM]: would that make you happy
Vincentlio [2:26 PM]: very happy mistress
Vincentlio [2:27 PM]: do the pictures excite you mistress?
Sexfairy2005 [2:34 PM]: they are very intriguing
Vincentlio [2:34 PM]: im glad you like them
Vincentlio [2:34 PM]: do you let your husband see them
Sexfairy2005 [2:34 PM]: no they are for my eyes and no one elses
Vincentlio [2:35 PM]: yes maam
Vincentlio [2:35 PM]: my daughter left mistress im here by myself
Sexfairy2005 [2:35 PM]: thats much better
Vincentlio [2:36 PM]: will you call me mistress?
Sexfairy2005 [2:36 PM]: you still havent proved yourself worthy
Vincentlio [2:36 PM]: yes mistress
Sexfairy2005 [2:39 PM]: what do you propose that you do to prove yourself worthy
Vincentlio [2:39 PM]: have more confessions for you next time mistress

1/5/2005

**Sexfairy2005 [2:39 PM]:** tell me what you are planning, slave?

**Vincentlio [2:40 PM]:** im going to play cards with them ...strip poker and ill cheat and they will all lose and be naked mistress

**Sexfairy2005 [2:40 PM]:** and then?????

**Vincentlio [2:41 PM]:** ill figure out how to get truth or dare game going and ill dare them to finger themselves or one of the others mistress and then tell you all about it

**Sexfairy2005 [2:42 PM]:** i know how perverted you are and i know that you are thinking about more....liars are always punished i dont tolerate it

**Vincentlio [2:42 PM]:** id like to jack off in front of them mistress or make one of them jack me off

**Sexfairy2005 [2:47 PM]:** very good

**Sexfairy2005 [2:47 PM]:** i like when you are honest

**Vincentlio [2:47 PM]:** thank you mistress

**Sexfairy2005 [2:47 PM]:** is there more

**Vincentlio [2:48 PM]:** that would be wonderful mistress...of course id like to be embarassed in front of them by you

**Sexfairy2005 [2:50 PM]:** you still have not proven yourself worthy for that   now have you?

**Vincentlio [2:50 PM]:** oh no mistress that was a dream

**Vincentlio [3:01 PM]:** are you still there mistress?

**Sexfairy2005 [3:01 PM]:** yes i am

**Vincentlio [3:02 PM]:** is there anything else you would like me to do?

**Vincentlio [3:09 PM]:** mistress?

**Sexfairy2005 [3:10 PM]:** i am having trouble with AOL i will be back

**Sexfairy2005 [3:14 PM]:** i need to go to the store i will be back

**Vincentlio [3:14 PM]:** yes mistress

**Sexfairy2005 [3:14 PM]:** you need to get back online a precisly 6 pm   is that understood

**Vincentlio [3:15 PM]:** yes mistress they will all be here by then

**Sexfairy2005 [3:15 PM]:** ok

**Vincentlio [3:15 PM]:** ill be here

**Sexfairy2005 [3:15 PM]:** if not you will be punished understood

**Vincentlio [3:15 PM]:** yes mistress

**Sexfairy2005 [3:16 PM]:** get offline until there ....there is no need to respond just log off NOW

**Vincentlio signed off at 3:16 PM**

Sexfairy2005 [2:37 PM]: **ohhh do u**
Vincentlio [2:37 PM]: yes maam

Sexfairy2005 [2:39 PM]: **and who is she**
Vincentlio [2:39 PM]: the one i sent you is one of my daughters friends

Sexfairy2005 [2:40 PM]: **there isnt anymore**
Vincentlio [2:40 PM]: just that one of her so far im hoping for more

Sexfairy2005 [2:43 PM]: **who is this other mistress of yours**
Vincentlio [2:43 PM]: she isnt a mistress i owe her money and this was how she wanted to collect

Sexfairy2005 [2:44 PM]: **ohhh ok**
Vincentlio [2:44 PM]: she is an accountant...she likes to embarass
Vincentlio [2:45 PM]: but she doesnt have any hold on me and certainly not one as strong as yours

Sexfairy2005 [2:47 PM]: **thats good**
Vincentlio [2:47 PM]: yes it is i love having you as my mistress

Sexfairy2005 [2:47 PM]: **im glad**
Vincentlio [2:48 PM]: me too....you have power even over this medium that i can feel

Sexfairy2005 [2:48 PM]: **yes i do**
Vincentlio [2:48 PM]: mistress did you punish stacey?

Sexfairy2005 [2:48 PM]: **yes**
Vincentlio [2:49 PM]: ok
Vincentlio [2:50 PM]: did you enjoy it mistress?

Sexfairy2005 [2:50 PM]: **intruges me**
Vincentlio [2:51 PM]: why is that mistress

Sexfairy2005 [2:51 PM]: **are you allowed to ask questions?**
Vincentlio [2:51 PM]: no sorry mistress

1/5/2005

## Ben Savage

**From:**   Sexfairy2005@aol.com
**Sent:**   Wednesday, January 05, 2005 11:46 AM
**To:**   Sexfairy2005@aol.com
**Subject:** (no subject)

Vincentlio [8:05 AM]: good morning mistess
Sexfairy2005 [8:07 AM]: **good morning**
Vincentlio [8:07 AM]: how are you?
Sexfairy2005 [8:07 AM]: **im good**
Sexfairy2005 [8:07 AM]: **u?**
Vincentlio [8:07 AM]: im good too..i love it when you are online
Sexfairy2005 [8:08 AM]: **and why is that**
Vincentlio [8:10 AM]: i can feel your strength and i can be free with you in way i cant with many other people and you know im pathetic
Sexfairy2005 [8:10 AM]: **yes you are**
Vincentlio [8:10 AM]: yes mistress i know
Vincentlio [8:12 AM]: its why i hate to be naked for example because i know ill et laughed at
Sexfairy2005 [8:12 AM]: **i have a question**
Vincentlio [8:12 AM]: ok
Sexfairy2005 [8:13 AM]: **how far would go to please your mistress**
Vincentlio [8:13 AM]: pretty far mistress i think
Sexfairy2005 [8:15 AM]: **could i ever watch you suck off your son**
Sexfairy2005 [8:16 AM]: **are you there**
Vincentlio [8:17 AM]: yes mistress
Vincentlio [8:17 AM]: i think that would be ok but ill ask him too
Sexfairy2005 [8:18 AM]: **good that would please mistress**
Vincentlio [8:19 AM]: thank you mistress
Sexfairy2005 [8:22 AM]: **i need a good laugh**
Vincentlio [8:22 AM]: what can i do for you mistress...i can be entertaining if you wish
Sexfairy2005 [8:23 AM]: **i want the pic of your cock and the face pic so i can laugh**
Vincentlio [8:24 AM]: i didnt save that mistress ill have to take it again...i have to find the digital camera...mistress will you embarass me in front of stacey?
Sexfairy2005 [8:25 AM]: **yes send me the face pic then and take another of your cock**
Vincentlio [8:25 AM]: yes mistress
Sexfairy2005 [8:32 AM]: **Your mistress doesnt like to be kept waiting**
Vincentlio [8:38 AM]: im sorry mistress boss called
Sexfairy2005 [8:39 AM]: **is that a excuse**
Vincentlio [8:41 AM]: no mistress
Sexfairy2005 [8:41 AM]: **then send the pic NOW**
Vincentlio [8:44 AM]: mail mistress...sorry its small
Sexfairy2005 [8:46 AM]: **thats not the one that you sent my previously**
Vincentlio [8:47 AM]: i know...i didnt know you at the time and that wasnt me...i apologize but everyone wants a picture and so i send that and then if i get to know them i send the real one...
Sexfairy2005 [8:47 AM]: **now im pissed**
Vincentlio [8:48 AM]: i knew you would be but i didnt know if you were real and so on so i sent that...im so sorry mistress but you understand you have to be careful at first

Sexfairy2005 [8:49 AM]: send me the other so i can compare NOW

Vincentlio [8:49 AM]: yes mistress
Vincentlio [8:50 AM]: mail mistress
Sexfairy2005 [8:52 AM]: ok as punishment you need to get offline NOW
Vincentlio [8:53 AM]: i cant mistress can i do something else..i just got something i have to write from the call from my editor..the governor is giving the state of the state address tonight
Sexfairy2005 [8:53 AM]: well then i guess iwill have to make a visit to you
Vincentlio [8:54 AM]: wow that would be something...
Vincentlio [9:28 AM]: can i come and see you? i think you would enjoy it
Sexfairy2005 [9:28 AM]: i will see
Vincentlio [9:29 AM]: i could bring a housewarming gift
Sexfairy2005 [9:29 AM]: and what would you bring
Vincentlio [9:29 AM]: whatever your house needs...of course

1/5/2005

000086