UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:   August 28, 2008

Case No.   CR 07-0602   VRW

Case Title:   USA v.   BERNARD V WARD (PRESENT)

Attorneys:
    For the Government:   Steve Grocki, Michael Yoon

    For the Defendant(s):   Doron Weinberg

Deputy Clerk:   Cora Klein              Reporter:  Debra Pas
                                        USPO: Christina Carruba

**PROCEEDINGS**

1. Acceptance and Entry of Plea of Guilty.
2. Judgment and Sentencing.
3. Remand to Custody.

**ORDERED AT THE HEARING**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 87 months. The court makes the following recommendations to the Bureau of Prisons: the defendant be permitted to participate in a alcohol abuse program while in custody and the defendant be placed in Lompoc.  Upon release from imprisonment, the defendant shall be on supervised release for a term of life, must comply with the standard conditions of supervision and additional special conditions that the court have adopted, must pay a special assessment of $100, which is due immediately, no fine.

The defendant shall voluntarily surrender to the United States Marshal for this district at noon on Friday, August 29, 2008.