DORON WEINBERG (SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:   (415) 552-2703
doronweinberg@aol.com

Attorneys for Defendant
BERNARD V. WARD

**FILED**

AUG 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>         Plaintiff,       )<br>)<br>         vs.              )<br>)<br>BERNARD V. WARD,           )<br>)<br>         Defendant.        )<br>_____) | **Case No. CR-07-0602 VRW**<br><br>**ORDER EXONERATING BOND** |

Good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant Bernard V. Ward's bond is exonerated, and that all property posted as security for said bond may be reconveyed to the depositor.

Dated: AUG 29 2008

_____
HONORABLE VAUGHN R. WALKER
Chief Judge, U.S. District Court

Order Exonerating Bond
(Case No. CR-07-0602 VRW)